UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JASON GRANT MILLER                          Chapter 13
                                                       Case No. 18-49231-MAR
                       Debtor.                         Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed:

- Amended Chapter 13 Plan
- Certificate of Service

with the Clerk of the Court using ECF system which will send notification of such filing to the following:

Office of the United States Trustee          Office of the Chapter 13 Standing Trustee
211 W. Fort Street, Suite 700                Krispen S. Carroll, Trustee
Detroit, MI 48226                             719 Griswold, 1100 Dime Bldg.
                                                       Detroit, MI   48226

and I also hereby certify that I mailed by First Class Mail with the United States Postal Service copies of the above noted documents to the following non-ECF participants:

All parties listed on the Court's matrix of creditors.

                                              Respectfully submitted,


DATED: December 3, 2018                /s/ Tijuana A. Crawford
                                                     TIJUANA A. CRAWFORD
                                                     for OSIPOV BIGELMAN, P.C.
                                                     20700 Civic Center Drive, Suite 420
                                                     Southfield, MI   48076
                                                     Tel: (248) 663-1800/Fax: (248) 663-1801
                                                     tc@osbig.com